TURCHY M. F. NIKITIUK ET AL. *v.* JOSEPH J. PISHTEY, ADMINISTRATOR (ESTATE OF FRED K. NIKITENKO)

The motion by the plaintiffs for an order compelling the clerk of the Supreme Court of Errors in New Haven County at New Haven to enter judgment in the appeal from the Superior Court in New Haven County is denied.

*William L. Hadden, Sr.,* and *Herman M. Levy,* on the motion, for the appellees (plaintiffs).

*Harold M. Mulvey,* attorney general, *Louis Weinstein,* assistant attorney general, and *Carl D. Eisenman,* assistant attorney general, in opposition.

Submitted November 18—decided November 26, 1963

ROBERT SAUNDERS *v.* WARDEN, STATE PRISON

The motion by the petitioner for assignment of counsel is denied. General Statutes § 52-470.

*Robert Saunders,* pro se, the petitioner.

Submitted November 22—decided November 26, 1963

ANTHONY TUOZZOLO ET AL. *v.* ZONING BOARD OF APPEALS OF NORWALK ET AL.

It appearing that the plaintiffs in the above-entitled case have failed to prosecute their appeal from the Court of Common Pleas in Fairfield County with proper diligence, it is ordered that the appeal be and hereby is dismissed.

*E. Gaynor Brennan, Jr.,* for the appellee (defendant Cucchi).